Gwendolyn Ann BURNS, Petitioner,

v.

Paul Thomas BURNS, Respondent.

No. 86SC60.

Supreme Court of Colorado,
En Banc.

Nov. 19, 1987.

Richard Kaufman, Aurora, for petitioner.

John Case, Denver, for respondent.

Upon consideration of the briefs and the record on appeal filed in the above captioned matter, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that the Writ of Certiorari is DENIED as having been improvidently granted.